| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 4 | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Betty Fong | | FILED | REPORTER/FTR 9:52-9:56a | |
| MAGISTRATE JUDGE EDWARD M. CHEN | | DATE October 26, 2007 | | 2007 OCT 26 PM 2:03 NEW CASE ☐ | CASE NUMBER CR07-0645 MMC | |
| APPEARANCES | | | | | | |
| DEFENDANT Larry Bishop | AGE | CUST Y | P/NP NP | ATTORNEY FOR DEFENDANT Daniel Peshkin, spec. app. | | PD. ☐  RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Susan Badger for Barbara Silano | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |
| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☒ I.D. COUNSEL Not Held | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☒ OTHER Not Held Entry of plea |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| INITIAL APPEARANCE | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| ARRAIGNMENT | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| RELEASE | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| PLEA | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| CONTINUANCE | | | | | | |
| TO: 11/1/07 | ☒ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | | ☒ OTHER Entry of Plea |
| BEFORE HON. BZ | ☒ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| ADDITIONAL PROCEEDINGS | | | | | | |

Defendant was not brought in by Marshal due to defendant's state court appearance. Daniel Peshkin made special appearance and requested to reset 11/1/07 at 9:30 a.m. before BZ to SUBMIT FINANCIAL AFFIDAVIT/ID COUNSEL/ ENTRY OF PLEA/ DETENTION HEARING / TO SET DATE BEFORE MMC FOR 11/7 AT 2:30 P.M.   cc: Pretrial/Lashanda

DOCUMENT NUMBER: 17