**ORIGINAL**

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5

**FILED**

6      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102          OCT 25 2007
7      Telephone: (415) 436-7223
       Facsimile: (415) 437-7234          RICHARD W. WIEKING
8      E-mail: Barbara.Silano@usdoj.gov       U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
9  Attorneys for Plaintiff

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. CR: 07-0645 MMC
                                     )
15           Plaintiff,              )
                                     )
16      v.                           )
                                     )   UNITED STATES' MOTION TO
17  RONALD WILLIAMS,                 )   PARTIALLY UNSEAL INDICTMENT
    BARRY LYNN SAMUEL,               )   AND [PROPOSED] ORDER
18      a.k.a Samuel Jacques, a.k.a. Lynn, )
        a.k.a. Nephew,               )
19  JOSE JUAN PEÑALOZA-HILARIO,      )
        a.k.a. Paisa, a.k.a. Chopa,  )   UNDER SEAL OF COURT
20  ELEAZAR MORA-ARCIGA,             )
        a.k.a. Liach, a.k.a. Leacha, a.k.a. )
21      Chaparrito, a.k.a. Chaparrillo, )
        a.k.a. Chaparro,             )
22  SALVADOR ORTEGA,                 )
        a.k.a. Funky, a.k.a. Chavita, a.k.a. )
23      Primo,                       )
    CARLOS GUERRERO-ELENES,          )
24      a.k.a C Los,                 )
    MIGUEL RAMIREZ,                  )
25  ████████████████                 )
                                     )
26                                   )
    SAMUEL ARANDA,                   )
27  RONALD LEE HINES,                )
    CESAR RAMIREZ-CHAVIRA,           )
                                     )
28          (Continued)              )

1  a.k.a. Cesar Chavea, a.k.a. Jose )    (Continued)
   Manzo, )
2  ERIKA MANZO, )
   JAVIER ULISES ZAMORA- )
3  HERNANDEZ, )
       a.k.a. Patron, a.k.a. Bulis, a.k.a. )
4  Ulys, a.k.a. Ulyses, )



6  MICHAEL JOSEPH SILVA, )
       a.k.a. Michael Silva, )
7  )
   EDWARD LEROY MOORE, )
8      a.k.a. Eddie Mo, )
   JOSE ANTONIO CAMACHO- )
9  MENDEZ, )

12  ALFREDO GONZALES GOVEA, )
       a.k.a. Jomito, )
13  )

14  SARAH ARANDA ROPATI, )

15  Defendants. )
16  )
17  _____ )

18      The United States hereby moves the Court for an order partially unsealing, the

19  Indictment. The United States requests that the Indictment be only partially unsealed to reflect

20  the names of only the defendants who have been apprehended thus far for use in their initial

21  appearance before the Magistrate. The United States further requests that they be permitted to

22  redact the names of defendants who have not yet been apprehended. The United States believes

23  that disclosure of the entire Indictment may cause the subjects of the indictment who have not yet

24  been apprehended to flee, destroy evidence and/or make efforts to conceal on-going criminal

25  \\\

26  \\\

27  \\\

28  \\\

1   activity, jeopardizing the progress of its on-going investigation and the arrest of the defendants.

2

3   DATED: October 11, 2007                    Respectfully submitted,

4

5                                              SCOTT N. SCHOOLS
                                               United States Attorney
6

7                                              BARBARA SILANO
                                               Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

8                                    **ORDER**

9

10        Based upon the motion of the government and for good cause shown, IT IS

11   HEREBY ORDERED that the Indictment shall be partially unsealed until further order of

12   the Court.  IT IS FURTHER ORDERED THAT the United States may redact the names

13   of the defendants who have not yet been apprehended and provide a copy of the redacted

14   indictment to the apprehended defendants.

15

16

17   DATED:  10|24|07

18                                    HON. EDWARD M. CHEN
                                     United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28