AO 442 (Rev. 5/93) Warrant for Arrest

1402264
0811-1023-0057-2

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

Larry Bishop

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CR 07-645 MMC

**FILED**

NOV 5 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest Larry Bishop

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 21:846, 841(b)(1)(A)(I), 18:2 possession with intent to distribute and to distribute heroin, possession with intent to distribute and distribute controlled substance 21:853, 21:841(a)(1) and (b)(1)(C)

in violation of Title __See above__ United States Code, Section(s) __

_Deputy Clerk_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

_San Francisco 10/11/07_
Date and Location

Bail fixed at $ _no bail_ by _Edward Chen, U.S. Magistrate Judge_
Name of Judicial Officer

RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA
07 OCT 12 AM 10:22

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Santa Rita Jail_ | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 10/25/2007 | Todd Engel, Sp Agt DEA | [signature] |