| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 36 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | REPORTER/FTR<br>9:53-10:29 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>November 7, 2007 | NEW CASE<br>☐ | CASE NUMBER<br>CR07-0645 MMC |

**APPEARANCES**

| DEFENDANT<br>Larry Bishop | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Tony Brass | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Barbara Silano | INTERPRETER | | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☐ PARTIAL PAYMENT<br>OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR OR S/R | ☐ OTHER<br>REV PROB |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

FILED NOV 7 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**INITIAL APPEARANCE**

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

**PLEA**

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

**CONTINUANCE**

| TO:<br>11/7/2007 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:30 p.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>MMC | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant previously advised of rights and charges. AUSA offer proffer. Defense offer proffer.
Further Detention Hearing set for 11/14/2007 at 9:30 a.m. Pretrial ordered to drug test the defendant today. Pretrial will inquire re the possibility of other family members or friends with property or financial means to sign onto bond. cc: BZ, Pretrial, MMC

DOCUMENT NUMBER: