| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 11/14/07 | CASE NUMBER CR 07-0645 MMC |
|---|---|---|---|
| NAME OF DEFENDANT LARRY BISHOP | | ADDRESS OF DEFENDANT "VARIOUS" | TELEPHONE NUMBER N/A |
| NAME OF SURETY FRANCIS DUKES / DOLORES BRAXTON | RELATIONSHIP TO DEFENDANT GRANDMOTHER / MOTHER | ADDRESS OF SURETY 7219 PEPPERWOOD KNOLL LANE UNIT 31 SACRAMENTO, CA 95842 | TELEPHONE NUMBER (916) 339-1688 |
| NAME OF CUSTODIAN RONNIE POWELL / DOLORES BRAXTON | RELATIONSHIP TO DEFENDANT FRIEND OF MOTHER / MOTHER | ADDRESS OF CUSTODIAN SAME AS ABOVE | TELEPHONE NUMBER |
| AMOUNT OF BOND $100,000.00 | [X] UNSECURED  [ ] SECURED BY $  [ ] DEPOSIT RECEIVED RECEIVED FROM:  [ ] OTHER SECURITY POSTED TO BE POSTED BY | TIME/DATE OF NEXT APPEARANCE 11/16/07 2pm MMC / 28 NOV 07 10am | COURTROOM/JUDGE MMC / B2 |

FILED NOV 14 2007 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

[X] Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
[X] Defendant shall not commit any federal, state, or local crime.
[X] Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
[X] Defendant shall not travel outside the ~~Northern~~ EASTERN District of California, that is, ~~these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.~~ EXCEPT FOR COURT APPEARANCES IN SAN FRANCISCO - WITHOUT STOPPING IN OAKLAND, CA.
[X] Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in SACRAMENTO, CA. See addresses and telephone numbers on reverse side.
[X] Defendant shall surrender all passports and visas to the Court by 11/21/07 and shall not apply for any passports or other travel documents.
[X] Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
[X] Defendant shall remain in the custody of custodian DOLORES BRAXTON at 7219 PEPPERWOOD KNOLL LANE, UNIT 31, SAC. who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
[X] Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
[X] Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
[X] Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
[X] Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
[X] Defendant shall have no contact with any co-defendant out of the presence of counsel.
[X] Defendant shall not change residence without prior approval of Pretrial Services.
[X] Defendant shall comply with the following curfew: _____ to _____ CANNOT LEAVE EXCEPT FOR COURT OR PRE-TRIAL
[X] Defendant shall be subject to electronic or voice track monitoring. AT DISCRETION OF PTS, Defendant may leave home for the purpose of EMERGENCIES
[ ] Defendant must [ ] reside in Halfway House _____ [ ] participate in Residential Treatment _____
[X] The following conditions also apply:

DEF IS ORDERED TO STAY OUT OF OAKLAND EXCEPT TO TRAVEL ON I-80 TO COURT.
UNTIL 28 NOV, DEF IS CONFINED TO HOME
DEF TO STAY AWAY FROM LASHAUN LEWIS

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT /s/ Larry Bishop
SIGNATURE(S) OF SURETY(ies) /s/ Ronnie Powell
SIGNATURE OF CUSTODIAN /s/ Dolores Braxton

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.

SIGNATURE OF MAGISTRATE JUDGE /s/ Bernard Zimmerman   DATE 11/14/07

1. CLERK OF COURT - WHITE COPY

**APPEARANCE BOND - page 2**

USA v. LARRY BISHOP                                   CR. # 07-0645 mmc

Name: FRANCIS DUKES

Address/Phone No: 816 Adeline St Oakland 94607
510-444-5061

What is being posted: $100,000 UNSECURED BOND

Signature: X *Frances J Dukes*

Name: _____

Address/Phone No: _____

What is being posted: _____

Signature: _____

Name: _____

Address/Phone No: _____

What is being posted: _____

Signature: _____

Name: _____

Address/Phone No: _____

What is being posted: _____

Signature: _____