1 | SCOTT N. SCHOOLS (SCBN 0999)
United States Attorney
2
3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
4 | BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney
5
6 | 450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223
7
Attorneys for Plaintiff

ORIGINAL

FILED
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,    )    No. CR- 07-0645 MMC
                             )
         Plaintiff,          )    -[PROPOSED] ORDER TO UNSEAL
                             )
    v.                       )    SAN FRANCISCO VENUE
                             )
IN RE COURT AUTHORIZED       )
ELECTRONIC SURVEILLANCE      )
_____)

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the following applications and orders authorizing electronic surveillance, interim reports, sealing orders, and motions and orders to postpone inventories are ORDERED unsealed in the cases as follows:

| August 18, 2006: CR 06-90331 MISC- PJH |
| October 24, 2006: CR 06-90331 MISC-PJH |
| February 12, 2007: CR 06-90331- PJH |
| May 7, 2007: CR 06-90331 MISC-PJH |
| August 14, 2007: CR 06-90331 MISC-PJH |

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

UNSEALING APPLICATION AND ORDER