| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.   RET. APPT. |
|---|---|---|---|---|---|
| U.S. ATTORNEY | | INTERPRETER | | FIN. AFFT SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS |
|---|---|---|---|---|
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | INITIAL APPEAR REV PROB OR S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT HEARING |

## INITIAL APPEARANCE

| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED CASH   $ | | CORPORATE SECURITY | REAL PROPERTY: | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED   RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ATTY APPT HEARING | BOND HEARING | STATUS RE: CONSENT | STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING OR ARRAIGN-MENT | CHANGE OF PLEA | OTHER |
| BEFORE HON. | DETENTION HEARING | | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY / REMOVAL HEARING | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

session he attends.Counsel stipulate that deft will use his true name Lonnie Killingsworth.
Court ordered deft to use his true name only but will be known as Larry Bishop. cc: BZ, Pretrial   MMC

DOCUMENT NUMBER: