IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00645-MMC |
|---|---|---|
| Plaintiff, | ) | **EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |
| v. | ) | |
| RONALD WILLIAMS, et al, | ) | _____ |
| Defendants. | ) | |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine. This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008            /s/ Ian Loveseth
                                 IAN LOVESETH
                                 Counsel for Defendant
                                 SARAH A. ROPATI

1

**DECLARATION OF COUNSEL**

I, Ian Loveseth, declare as follows:

1. I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. I am also liaison CJA counsel in this case;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

5. Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

/s/ Ian Loveseth
IAN LOVESETH

2

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )   No. CR-07-00645-MMC
10                             )
                               )
11      Plaintiff,             )   [PROPOSED] ORDER PERMITTING
                               )   DEFENDANTS TO USE MP3
12                             )   AUDIO PLAYERS TO REVIEW
                               )   DISCOVERY AT SANTA RITA JAIL
13 v.                          )
                               )
14 RONALD WILLIAMS, et.al.,    )
                               )   The Honorable Maxine M. Chesney
15                             )
        Defendants.            )
16 _____)

17

...

28 ///

Proposed Order MP3 Player Santa Rita                              1

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail;

BARRY LYNN SAMUEL,

ELEAZOR MORA-ARCIGA,

SALVADOR ORTEGA,

ERIKA MANZO,

JAVIER ULISES ZAMORA-HERNANDEZ,

ALFREDO GONZALEZ GOVEA,

CESAR RAMIREZ-CHAVIRA,

MIGUEL RAMIREZ.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8                               SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )    No. CR-07-00645-MMC
10                             )
                               )
11     Plaintiff,              )    [PROPOSED] ORDER PERMITTING
                               )    DEFENDANTS TO USE MP3
12                             )    AUDIO PLAYERS TO REVIEW
                               )    DISCOVERY AT GLENN DYER
13 v.                          )    DETENTION FACILITY
                               )
14 RONALD  WILLIAMS, et.al.,   )
                               )    The Honorable Maxine M. Chesney
15                             )
       Defendants.             )
16 _____)

17

18

19

20

21

22

23

24

25

26

27
   ///
28

   Proposed Order MP3 Player Glenn Dyer                                    1

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North County);

RONALD WILLIAMS,

JOSE JUAN PENALOZA-HILARIO,

SAMUEL ARANDA,

MICHAEL JOSEPH SILVA,

RONALD LEE HINES,

JOSE ANTONIO CAMACHO-MENDEZ,

EDWARD LEROY MOORE.

IT IS SO ORDERED.

Dated: _____

                                        THE HONORABLE MAXINE M. CHESNEY
                                        United States District Judge