ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-00645-MMC |
| Plaintiff, | Stipulation to Modify Conditions of Release; ~~Proposed~~ Order |
| vs. | |
| LARRY BISHOP et. al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the conditions of defendant Larry Bishop's pre-trial release be modified to allow defendant to seek job opportunities between the hours of 8 AM and 5 PM. Defendant must show satisfactory proof to Pre-Trial services on intervals as determined by Pre-Trial services that during those hours he is actively trying to obtain gainful employment.

Dated: 4/8/2008

/s/ Barbara Silano
Assistant United States Attorney
BARBARA SILANO

/s/ Anthony Brass

ANTHONY J. BRASS
Attorney for Defendant
Larry Bishop

ORDER

FOR GOOD CAUSE SHOWN, and by stipulation of the parties,

IT IS HEREBY ORDERED that the pre-trial release conditions be modified to allow DEFENDANT Larry Bishop to seek and participate in gainful employment during the hours of 8 AM and 5 PM.

Dated: __April 14, 2008_____

UNITED STATES MAGISTRATE JUDGE
BERNARD ZIMMERMAN

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA