UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 1 1 2008

Case No. CR-07-0645-16 MMC    JUDGE: Maxine M. Chesney

DEFENDANT: Larry Bishop

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Barbara Silano

ATTORNEY FOR DEFENDANT: Tony Brass

Deputy Clerk: Tracy Lucero    Reporter: Connie Kuhl

**PROCEEDINGS**

REASON FOR HEARING: Change of Plea · Held.

RESULT OF HEARING: Plea agreement filed w/ the Court. Δ pled guilty to Counts 12 & 15 of Indictment.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to 9/10/08 @ 2:30 for Judgment & Sentencing / Gov't's motion to dismiss Count one

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(20 min)