1  **ANTHONY J. BRASS (CASBN. 173302)**
   **Attorney at Law**
2  **3223 Webster Street**
   **San Francisco, California 94123**
3  **Telephone: (415) 922-5462**
   **Facsimile: (415) 346-8987**
4  tony@brasslawoffice.com

5

6              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**

7

8  UNITED STATES OF AMERICA,          )  Case No.: CR 07-0645 MMC
                                      )
9            Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                      )  TO MODIFY DEFENDANT'S RELEASE
   vs.                                )  CONDITIONS
10                                    )
11 LARRY BISHOP,                      )  Honorable Maxine M. Chesney
                                      )
12           Defendant.               )
                                      )
13                                    )

14      IT IS HEREBY STIPULATED, that the defendant's pre-trial conditions may be modified

15 in the following manner:

16 1)      With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the

17 defendant may leave his home from 7:00 a.m. to 9:00 p.m. in order to spend time with family

   members, including his maternal grandmother, and his children.  Specifically, the defendant is
18
   allowed to attend his daughter's birthday party on July 8, 2008; and
19
20 2)      With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the

21 defendant may be allowed to leave his home to attend church, medical appointments, and run

   personal errands including but not limited to shopping and haircuts.
22

23
   Dated: 7/7/08                          _____
24                                        BARBARA BRENNAN SILANO
25                                        Assistant United States Attorney

26 Dated: 7/7/08                          _____/s/_____
27                                        ANTHONY J. BRASS
                                          Attorney for Larry Bishop
28

*U.S. v. Larry Bishop CR 07-0645 MMC*
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF DEFENDANT'S RELEASE CONDITIONS

-1

1

2                                    **ORDER**

3

4    IT IS HEREBY ORDERED, that the defendant's pre-trial conditions shall be modified in the

5    following manner:

6    1)    With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the

7    defendant may leave his home from 7:00 a.m. to 9:00 p.m. in order to spend time with family

8    members, including his maternal grandmother, and his children.  Specifically, the defendant is

9    allowed to attend his daughter's birthday party on July 8, 2008; and

10   2)    With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the

11   defendant may be allowed to leave his home to attend church, medical appointments, and run

12   personal errands including but not limited to shopping and haircuts.

13

14

15   IT IS SO ORDERED.

16

17                                    _____

18                                    HON. MAXINE M. CHESNEY
                                      UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28