ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0645 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |
| vs. | |
| LARRY BISHOP, | Honorable Maxine M. Chesney |
| Defendant. | |

IT IS HEREBY STIPULATED, that the defendant's pre-trial conditions may be modified in the following manner:

1)   With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the defendant may leave his home from 7:00 a.m. to 9:00 p.m. in order to spend time with family members, including his maternal grandmother, and his children. Specifically, the defendant is allowed to attend his daughter's birthday party on July 8, 2008; and

2)   With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the defendant may be allowed to leave his home to attend church, medical appointments, and run personal errands including but not limited to shopping and haircuts.

Dated: 7/7/08

_____
BARBARA BRENNAN SILANO
Assistant United States Attorney

Dated: 7/7/08

_____/s/_____
ANTHONY J. BRASS
Attorney for Larry Bishop

## ORDER

IT IS HEREBY ORDERED, that the defendant's pre-trial conditions shall be modified in the following manner:

1) With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the defendant may leave his home from 7:00 a.m. to 9:00 p.m. in order to spend time with family members, including his maternal grandmother, and his children. Specifically, the defendant is allowed to attend his daughter's birthday party on July 8, 2008; and

2) With the prior approval of United States Pre-Trial Services Officer Steve Sheehan, the defendant may be allowed to leave his home to attend church, medical appointments, and run personal errands including but not limited to shopping and haircuts.

IT IS SO ORDERED.

Dated: July 7, 2008

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT