# UNITED STATES DISTRICT COURT



### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 18, 2008

**MEMORANDUM**

The Honorable Maxine M. Chesney
United States District Judge

RE:     **BISHOP, Larry**
          **Docket No. CR 07-0645-16 MMC**

Your Honor:

The above defendant is scheduled for Judgment and Sentencing on September 10, 2008, at 2:30 p.m., before Your Honor. The U.S. Probation Office will be closed on September 10, 2008, for a district conference. Further, the undersigned officer is unavailable in September due to a prearranged training and vacation. As a result, it is respectfully requested that Judgment and Sentencing be continued to October 8, 2008, at 2:30 p.m. Assistant United States Attorney Barbara Silano and defense counsel Anthony Brass do not object to this request.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7554.

Respectfully submitted,

**Christina L. Carrubba**
United States Probation Officer Specialist

Reviewed and Approved by:

**Sheila John**
Supervisory United States Probation Officer

cc:     AUSA Barbara Silano
          Anthony Brass, defense counsel