# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
 )
vs. ) **Docket Number: CR 07-00645-16 MMC**
 )
**Larry Bishop** )
 )

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ September 10, 2008 _____ be continued until _____ October 8, 2008 _____ at _____ 2:30 p.m. _____.

Date: ___ 7-21-08 ___

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04