**ANTHONY J. BRASS  (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5454**
**Facsimile: (415) 346-8987**
**Tony@brasslawoffice.com**

**Attorney for Defendant**
**LARRY BISHOP**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 07-0645 MMC |
|  | ) |  |
| Plaintiff, | ) | [Proposed] ORDER |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| LARRY BISHOP | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

For the reasons set forth in the parties' stipulation, the Court ORDERS that the hearing currently scheduled for July 27, 2016, in this case be continued to August 10, 2016.

Dated: July 26, 2016

*[signature]*

Honorable Maxine M. Chesney

United States District Judge

Stipulation and ~~Proposed~~ order

CR-07-0645 MMC